**EXHIBIT C**
**EMAIL NOTICE**

To: _____
From: _____
Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

**If you are a United States resident who purchased certain Honest Diapering, Cleaning or Personal Care products between January 17, 2012 and [Month] [Day], [Year], you might be entitled to either a Check or a Credit usable at Honest.com.**

**Why did I get this notice?** A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of New York ("Court") with the title and case number: *In re Honest Marketing Litigation*, S.D.N.Y. Case No. 16-cv-01125 ("Action"). According to available records, you might be a "Class Member." The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against The Honest Company, Inc. ("Honest") by several consumers alleging Honest engaged in unfair and deceptive practices related to its marketing, labeling and advertising certain Honest products. Honest denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial. *The court has not decided which side is right. But both sides have agreed to settle the case and provide certain benefits to Honest customers in order to avoid the costs of continued litigation.*

**Am I a Class Member?** You are a "Class Member" if you are a U.S. resident and prior to [Month] [Day], [Year], you purchased, and did not return, a Product. Excluded from the Class are companies that purchased the Products at wholesale for resale, Defendant's Counsel, Defendant's officers and directors, and the judge presiding over the Action. The list of "Products" is available by clicking HERE.

**What relief does the Settlement provide?** The Settlement provides a Settlement Amount of $7,350,000.00 to pay (1) claims of eligible Class Members; (2) the costs of Settlement administration and notice costs; (3) attorneys' fees and expenses to Class counsel; and (4) incentive awards to plaintiffs. If you are a Class Member, you are eligible to receive a share of the Settlement Amount, by claiming $2.50 for each purchase of a Product for up to ten (10) Products without Proof of Purchase and unlimited Products with Proof of Purchase for either your choice of U.S. Dollars or a Credit for a future purchase at Honest.com, with the actual value of the share depending on the amount you paid for the Products you purchased and the number of timely and valid claims submitted by Class Members. To receive a Settlement award you must timely complete and submit a valid Claim Form. A Claim Form is available by clicking HERE. The deadline to submit a Claim Form is [Month] [Day], [Year]. If you elect to complete a Claim Form, your Class Member Identification Number is: [SAMPLE12345].

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by [Month] [Day], [Year], or you won't be able to sue Honest about the legal claims in the Action ever again. If you stay in the Settlement, you may object to it by [Month] [Day], [Year]. The detailed notice available at www.[xxxx].com explains how to request exclusion or object. The Court will hold a hearing on [Month] [Day], [Year] at [time] to consider whether to approve the Settlement and a request by the lawyers representing all Class Members for up to $2,450,000 in attorneys' fees and costs, and for the nine class representatives' request for $5,000 (each) for their services. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.[xxxx].com or call 1-888-xxx-xxxx. You may also write to the Claims Administrator at the email address [xxxx]@[xxxx].com or the postal address [Address] [City], [State] [Zip Code].