**EXHIBIT F**
**ONLINE MEDIA NOTICE PLAN**

The Online Media Notice Plan will utilize a programmatic approach to purchasing internet media advertisements to target potential members of the Settlement Class with tailored communications. Purchasing display and mobile inventory programmatically provides the highest reach for internet publication, allows for multiple targeting layers, and causes banner advertisements to be systematically shown to persons most likely to be members of the Settlement Class.

Here, multiple targeting layers will be implemented to help ensure delivery to the most appropriate users, inclusive of search targeting, demographic targeting, category contextual targeting, keyword contextual targeting, site retargeting, and purchase data targeting. Inventory will run on desktop and mobile devices to reach the most qualified audience. Search terms will be relevant to Honest, lotions, natural products, creams, etc. Targeting users who are currently browsing or have recently browsed content in categories such as skin care, bath products, natural products, etc. will help qualify impressions to ensure messaging is served to the most relevant audience.

The internet banner notice portion of the notice program will be implemented using a 4-week desktop and mobile campaign, utilizing standard Interactive Advertising Bureau ("IAB") sizes (160x600, 300x250, 728x90, 300x600, 320x50 and 300x50). A 3x frequency cap will be imposed to maximize reach.

To track campaign success, Angeion will implement conversion pixels throughout the Settlement Website to better understand audience behavior and identify those most likely to convert. The programmatic algorithm will change based on success and failure to generate conversions throughout the process. Successful conversion on the Claim Submission button will be the primary goal, driving optimizations.

Sample online banner ads are as below:

```
YOU MAY BE
ELIGIBLE TO
RECEIVE A
PAYMENT
FROM A
CLASS
ACTION
SETTLEMENT
INVOLVING
CERTAIN
THE
HONEST
COMPANY
PRODUCTS.
YOUR RIGHTS
MAY BE
AFFECTED.

CLICK HERE
FOR MORE
INFORMATION.
```

YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT INVOLVING CERTAIN **THE HONEST COMPANY** PRODUCTS. YOUR RIGHTS MAY BE AFFECTED.  **CLICK HERE FOR MORE INFORMATION.**

YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT INVOLVING CERTAIN **THE HONEST COMPANY** PRODUCTS. YOUR RIGHTS MAY BE AFFECTED.

**CLICK HERE FOR MORE INFORMATION.**