UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HONEST MARKETING LITIGATION

Case No. 16-CV-01125

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stephen D'Oench Field, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Caroline Tucker in the above-captioned action.

I am in good standing with the Supreme Court of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. *See* the Declaration of Stephen D'Oench Field.

Dated: October 23, 2017
      Hialeah, Florida

Respectfully Submitted,

By: /s/ Stephen Field
Stephen D'Oench Field, Esq
Email: steve@field-law.com
Florida Bar No. 554111
STEPHEN D. FIELD, P.A.
102 East 49th Street
Hialeah, FL 33013
Tel: (305) 698-3421
Direct Line: (305) 798-1335
Fax: (305) 698-1930
*Attorney for Caroline Tucker, Objector*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2017 the original of this MOTION FOR ADMISSION *PRO HAC VICE* was filed with the Court and copies were served to all counsel of records via CM/ECF.

By: /s/Stephen Field
Stephen D. Field