UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: HONEST MARKETING LITIGATION | Case No. 7:16-cv-01125<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on December 8, 2017, at 10:00 a.m., Plaintiffs in the above captioned matters will move for attorneys' fees, expenses, and service award payments.

In support of this motion, Plaintiffs will submit the following:

1. Memorandum Of Law In Support Of Motion For Attorneys' Fees, Expenses, And Service Award Payments;

2. Memorandum Of Law In Opposition To The Objections Of Kathryn A. Wernow, Caroline Tucker, and Monica Aufrecht To Final Approval Of The Proposed Class Action Settlement; and

3. Declarations of Todd S. Garber, Kim E. Richman, Yvette Golan, Beth E. Terrell, Nicholas A. Carlin, Robert K. Shelquist, Leonard B. Simon, J. Barton Goplerud, Michael J. Flannery, Jon W. Borderud, and Denise L. Earle (Angeion Group).

Date: November 22, 2017

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

*/s/ Todd S. Garber*
Todd S. Garber
Antonino B. Roman
445 Hamilton Ave, Suite 605
White Plains, NY 10601
Telephone: (914) 298-3290
tgarber@fbfglaw.com
aroman@fbfglaw.com

{00288968 }

Kim E. Richman
**RICHMAN LAW GROUP**
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 687-8291
krichman@richmanlawgroup.com

Nicholas A. Carlin
**Phillips, Erlewine, Given & Carlin, LLP**
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: (415)-398-0900
nac@phillaw.com

Yvette Golan
**The Golan Firm**
1712 N St. NW, Ste. 302
Washington, D.C. 20036
Telephone: (866) 298-4150 (Ext. 101)
ygolan@tgfirm.com

Beth Ellen Terrell
**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: (206) 816-6603
bterrell@terrellmarshall.com

Robert K. Shelquist
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone: (612) 339-6900
rkshelquist@locklaw.com

*Attorneys for Plaintiffs and Proposed Class*