UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HONEST MARKING LITIGATION                    16-CV-01125

**Motion to Appear Telephonically**

I, Howard L. Wernow, am the attorney for Objector Kathryn A. Wernow. I maintain my regular office in Canton, Ohio and was admitted pro hac vice in this Court for the purpose of objecting to the proposed settlement. I submit this Motion for consideration to appear telephonically at the hearing for Friday December 8, 2017 at 10:00 a.m. With the Court's permission, I will call into the Court's speakerphone at 212-805-7966.

Dated: December 7, 2017         Respectfully submitted,

                                */s/ Howard L. Wernow*
                                Howard L. Wernow (OH 0089019; FL 107560)
                                SAND & SEBOLT, LPA
                                4940 Munson Street NW, Suite 1100
                                Canton, Ohio 44718
                                Office: 330-244-1174
                                Fax: 330-244-1173
                                Email: howardw@sandandsebolt.com

                                Attorney for Objector Kathryn Wernow

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing has been filed electronically on December 7, 2017, with the United States District Court for the Southern District of New York. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system and all parties may access this filing through that system.

                */s/ Howard L. Wernow*
                Howard L. Wernow

                ATTORNEY FOR OBJECTOR
                KATHRYN A. WERNOW