# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| IN RE: HONEST MARKETING LITIGATION | Case No. 16-CV-01125 |
|---|---|
| | **NOTICE OF APPEAL** |

Class member and objector, Caroline Tucker, appeals the Order Granting Final Approval of Class Settlement [D.E. 98] entered on December 8, 2017.

Dated: January 6, 2018
      Hialeah, Florida

Respectfully Submitted,

By:   /s/ Stephen Field
Stephen D'Oench Field, Esq.
Email: steve@field-law.com
Florida Bar No. 554111
STEPHEN D. FIELD, P.A.
102 East 49th Street
Hialeah, FL 33013
Tel: (305) 698-3421
Direct Line: (305) 798-1335
Fax: (305) 698-1930
*Attorney for Caroline Tucker, Objector*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January 2018, this NOTICE OF APPEAL was filed with the Court and copies were served to all counsel of records via CM/ECF.

By:   /s/ Stephen Field
Stephen D. Field