**MANDATE**

|  | N.Y.S.D. Case # |
|---|---|
|  | 16-cv-1125(VM) |

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand and eighteen.

_____

Rose Marcotrigiano, On Behalf of
Themselves and all Others Similarly Situated,

    Plaintiff - Appellee,

The Honest Company, Inc.,

    Defendant - Appellee,

v.

Caroline Tucker,

    Objector - Appellant.
_____

**ORDER**

Docket No. 18-57

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 23, 2018
```

Appellant moves for voluntary dismissal of this appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 01/23/2018**